KURT CLENDANIEL v. NEW JERSEY MANUFACTURERS
INSURANCE COMPANY.

October 25, 1983.

ORDERED that the motion for leave to appeal is granted.
(See 190 *N.J.Super.* 286)

STATE OF NEW JERSEY v. MICHAEL COPPOLLA.

October 25, 1983.

Certification to the Superior Court, Law Division, is granted.

FREDERICK R. BURKE v. JOHN J. DEINER.

October 25, 1983.

Petition for certification granted. (See 190 *N.J.Super.* 382)

THE ASSOCIATED PRESS v. THE SENATE OF THE STATE
OF NEW JERSEY.

October 25, 1983.

ORDERED that the petition for certification is dismissed as
moot.